*FROM THE OFFICE OF THE*

FAMILY AND CONSUMER LAW CENTER

*WWW.FCCONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

July 3, 2006

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

**Re: Notice of Rescission by Rita T. Correia and Bruce E. Correia of 9 Boulevard Ave., Lincoln, RI 02865; Loan Number: 0081171563; Closing Date: 06/05/2004**

To Whom It May Concern:

I represent Rita T. Correia and Bruce E. Correia concerning the mortgage loan transaction they entered into with Ameriquest Mortgage Company on June 5, 2004. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr.& Mrs. Correia were given incomplete and therefore inaccurate notices of their right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Correia's property located at 9 Boulevard Ave., Lincoln, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Rita T. Correia and Bruce E. Correia,**
**By their Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Rita T. Correia and Bruce E. Correia

*TWO DEXTER STREET, P.O. BOX 479 PAWTUCKET, RI 02862 PHONE: (401) 728-6060 FAX: (401) 728-6534*